IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

              Plaintiff,

    vs.

Michael Alex Barabas,

              Defendant.

Case No.  25-CR-03243-SHR-JEM

ORDER

Upon motion of the United States of America, good cause having been shown, and pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i),

IT IS HEREBY ORDERED that the Government is authorized to disclose the Grand Jury material in the above-referenced matter to defense counsel in connection with the above-captioned judicial proceeding.

IT IS FURTHER ORDERED that defense counsel not duplicate or otherwise disseminate the Grand Jury material produced pursuant to this Order.

Dated this 11ᵗʰ day of August, 2025.

_____
James E. Marner
United States Magistrate Judge